**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 12-7078**

———————————

ALEX D. TAYLOR,

        Plaintiff – Appellant,

    v.

WILLIAM BYARS, Director of SCDC; LLOYD ROBERTS, Chief of
Pastoral Care Services for SCDC; VAN BEBBER, Chaplin Lieber
CI, SCDC,

        Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Aiken.   Terry L. Wooten, District Judge.
(1:11-cv-00915-TLW)

———————————

Submitted:  November 20, 2012      Decided:  November 29, 2012

———————————

Before MOTZ, SHEDD, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Alex D. Taylor, Appellant Pro Se.   Andrew Lindemann, DAVIDSON &
LINDEMANN, PA, Columbia, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alex D. Taylor appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Taylor v. Byars, No. 1:11-cv-00915-TLW (D.S.C. June 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED